MAGISTRATE JUDGE STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5491 |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| vs. | ) | MOTION TO QUASH WARRANT |
| | ) | |
| RAUL ROMAN, | ) | |
| Defendant. | ) | |

Upon the motion of the defendant to quash the warrant in the above-captioned case,

IT IS HEREBY ORDERED that the warrant issued in Mr. Roman's case be quashed.

DONE this 5th day of October, 2005.

*signature*
Karen L. Strombom
United States Magistrate Judge

Presented By:

*/s/ Colin A. Fieman*
Colin A. Fieman
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION
TO QUASH WARRANT                               1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**